UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ZIOKO SIMBI,

    Plaintiff,

v.                                              Case No:  2:16-cv-594-FtM-38MRM

FAMILY DOLLAR,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court *sua sponte* upon review of Plaintiff Zioko Simbi's Complaint (Doc. #1) filed on August 1, 2016. Plaintiff initially brought action against Defendant Family Dollar on an employment discrimination claim. (Doc. #1). In response, Defendant filed a Motion to Dismiss on August 1, 2016. (Doc. #3). Although this Court granted the Motion to Dismiss, it gave Plaintiff leave to file an Amended Complaint by September 14, 2016 and warned Plaintiff that failure to do so would result in dismissal. (Doc. #11). More than a week has expired since the September 14th deadline and Plaintiff has yet to file an Amended Complaint. Consequently, the Court will abide by its warning and dismiss the instant action.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff Zioko Simbi's Complaint ([Doc. #1](Doc. #1)) is **DISMISSED**. The Clerk of Court is now **DIRECTED** to close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of September, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record